UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN V. KEMP,<br><br>      Plaintiff,<br><br>-against-<br><br>BEYONCE KNOWLES-CARTER, et al.,<br><br>      Defendants. | 25-CV-6077 (LTS)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice.

SO ORDERED.

Dated:  September 25, 2025
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
               Chief United States District Judge